In the Matter of Isaiah J., an Infant. Janice J., Appellant; New York Foundling Hospital, Respondent. [919 NYS2d 329]—

The finding that respondent was mentally ill within the meaning of Social Services Law § 384-b (4) (c) and (6) (a) was supported by clear and convincing evidence. The agency presented uncontroverted testimony from a psychologist who, after reviewing respondent's medical records, found that she suffered from schizoaffective disorder. This rendered her incapable of caring for the child presently and for the foreseeable future (*see Matter of Roberto A. [Altagracia A.]*, 73 AD3d 501, 501 [2010], *lv denied* 15 NY3d 703 [2010]).

Given the psychologist's unrebutted testimony and respondent's repeated requests for adjournments, the lapse in time between the psychological evaluation and the fact-finding hearing does not warrant a different result (*see Matter of Robert K.*, 56 AD3d 353 [2008], *lv denied* 12 NY3d 704 [2009]).

A dispositional hearing was not necessary to find that termination of respondent's parental rights is in the child's best interests (*see Matter of Ashanti A.*, 56 AD3d 373, 374 [2008]). Concur—Tom, J.P., Sweeny, Catterson, Acosta and Manzanet-Daniels, JJ.